| Return | | |
|---|---|---|
| Case No.: <br> 23 MJ 24 | Date and time warrant executed: <br> 2/10/23 2:01 PM | Copy of warrant and inventory left with: <br> Served via email |
| Inventory made in the presence of : <br> Served via email ||| 
| Inventory of the property taken and name(s) of any person(s) seized: <br><br> 1. Information and content associated with the named MeetMe account |||

| Certification |
|---|
| I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge. <br><br> Date: March 14, 2023 <br><br> *Executing officer's signature* <br><br> FBI Special Agent Sarah Dettmering <br> *Printed name and title* |